IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
PALM BEACH GRADING, INC.,   )
A Florida Corporation,      )
                            )
    Plaintiff,              )
                            )        CIVIL ACTION NO.
    v.                      )          1:15cv578-MHT
                            )              (WO)
CORVIAS MILITARY LIVING,    )
LLC, f/k/a Picerne,         )
et al.,                     )
                            )
    Defendants.             )
```

### ORDER

This cause is before the court on the defendants' motion to stay judicial proceedings and refer to arbitration. In the motion the defendants seek a stay of this case until the plaintiff has submitted the claims in this case to arbitration and until the arbitration proceeding has been completed. By consent of the plaintiff, the parties agree as follows:

1. This action should be stayed pending the submission of the plaintiff's claims to arbitration in accordance with the parties' written agreement.

2. On or about August 20, 2014, the defendants filed a demand for arbitration with the American Arbitration Association against the plaintiff for claims arising under the same written agreement as those stated by the plaintiff in this action. That arbitration proceeding is designated by the AAA as Case No. 01-14-0001-2595 (the "Pending Arbitration").

3. It is appropriate for the claims asserted by the plaintiff in this action to be referred to arbitration, and joined to the Pending Arbitration.

***

Accordingly, it is ORDERED as follows:

(1) The motion to stay and refer to arbitration (doc no. 3) and the motion for order to stay proceedings (doc. no. 9) are granted.

(2) The motion to dismiss (doc. no. 3) is denied with leave to refile.

(3) This case is stayed pending the submission of the plaintiff's claims to arbitration and pending the completion of the arbitration proceeding.

(4) The plaintiff's claims in this case are referred to arbitration in accordance with the terms of the parties' contract, to be joined to the Pending Arbitration.

The clerk of court is DIRECTED to close this matter administratively until further notice of the court.

DONE, this the 8th day of September, 2015.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**